**Angel Abel GUZMAN, Petitioner–Appellant**

v.

**Warden Steve MORA, Respondent–Appellee,**

**and**

**Associate Warden NFN Pitt; Associate Warden NFN Robinson, Respondents.**

No. 13–8015.

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 28, 2014.

Angel Abel Guzman, Appellant Pro Se.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angel Abel Guzman, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Guzman v. Mora*, No. 8:13–cv–02200–HMH, 2013 WL 6050353 (D.S.C. Nov. 14, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*